UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY - 7 2003
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

LARA W. LAUDER,                )
                               )
    Plaintiff,                 )
                               )
v.                             )   No. 4:02-CV-1947 CAS
                               )
BEKINS MOVING & STORAGE        )
COMPANY, INC.,                 )
                               )
    Defendant.                 )

### ORDER OF REMAND

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court for the City of St. Louis, Missouri, from which it was removed, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2003.

#15

```
              UNITED STATES DISTRICT COURT - EASTERN MISSOURI
                           INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/07/03 by mcrayton
                 4:02cv1947     Lauder vs Bekins Moving Co

49:11702(a)(4) Violations of Interstate Commerce Act

Joseph Dickerson -  118471          Fax: 314-367-0890
Joseph Rebman    -  4138            Fax: 314-725-1026
```

SCANNED & FAXED by
MAY 7 2003
C.D.D.

Certified copy to: Mariano Favazza, Clerk
 Circuit Court of the City of St. Louis
 State of Missouri
 11th and Tucker
 St. Louis, Mo. 63101